

FILED

FEB 20 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>2005 Red Dodge Pickup Truck, California License Plate 7Y57808, Vehicle Identification No. 1D7HE28N15S258741 | CASE NO. 2:18-SW-16 KJN<br><br>[PROPOSED] ORDER REGARDING MOTION TO UNSEAL SEARCH WARRANT MATERIALS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the case shall be unsealed. The unredacted search warrant shall remain under seal, and that the government shall file a redacted application, affidavit, and return. The government may produce an unredacted copy of the sealed application and affidavit to defense counsel in *United States v. Jason Solomon*, No. 2:18-cr-22-TLN.

DATED: 2-20-18

_____
Hon. Deborah Barnes
United States Magistrate Judge

1